701 A.2d 1356

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Anthony Undray ATWOOD, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 5, 1997.

John Woodcock, Jr., Holidaysburg, for petitioner.

## ORDER

PER CURIAM.

AND NOW, this 5th day of November, 1997, the Petition for Allowance of Appeal is granted, limited to the issue of whether, pursuant to *Commonwealth v. White*, 543 Pa. 45, 669 A.2d 896 (1995) and *Commonwealth v. Labron*, 547 Pa. 344, 690 A.2d 228 (1997), the evidence seized in the warrantless search should have been suppressed.